UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:21-CR-33-CHB-2 |
| ) | |
| v. ) | |
| ) | **ORDER ADOPTING** |
| AMBER NICOLE PRICE, ) | **RECOMMENDATION OF** |
| ) | **ACCEPTANCE OF GUILTY PLEA** |
| Defendant. ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

After conducting proceedings under Rule 11, *see* [R. 95], United States Magistrate Judge Hanly A. Ingram recommended that the undersigned accept Defendant Amber Nicole Price's guilty plea and adjudge her guilty of Count 1 of the Second Superseding Indictment. *Id.* at 2. Defendant also conceded forfeitability of the money judgment specified in the Indictment's forfeiture allegation and admitted that the government can establish a sufficient nexus. *Id.* The Magistrate Judge informed Defendant of each of the subjects mentioned in Rule 11 and determined that the conditional guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. *Id.* at 1–2. The Magistrate Judge therefore recommended that the undersigned accept the guilty plea. *Id.* at 2. Judge Ingram imposed a three-day deadline for any objection. *Id.* at 3. That deadline has passed, and neither the Defendant nor the United States has objected.

The Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 106 S. Ct. 466, 472 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir.

1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court **ADOPTS** the Recommendation of Acceptance of Guilty Plea, [**R. 95**], **ACCEPTS** Defendant Amber Nicole Price's guilty plea, and **ADJUDGES** her guilty of Count 1 of the Second Superseding Indictment to which she pleaded. The Court will issue a separate sentencing order.

This the 28th day of March, 2022.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY